SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
WYNTER L. DEAGLE, Cal Bar No. 296501
wdeagle@sheppardmullin.com
12275 El Camino Real, Suite 100
San Diego, California 92130-4092
Telephone: 858.720.8900
Facsimile: 858.509.3691

SAMUEL Z. HYAMS-MILLARD, Cal Bar No. 317941
shyams-millard@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415.434.9100
Facsimile: 415.434.3947

Attorneys for Defendant
Torrid LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SONNI ECHEVERRIA-CORZAN, an individual, on behalf of herself, the general public, and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TORRID LLC,<br><br>Defendant. | Case No. 3:25-cv-06926-JD<br><br>**DEFENDANT TORRID LLC'S STATEMENT OF RECENT DECISION**<br><br>Judge: Hon. James Donato<br><br>Trial Date: Not Set |

Pursuant to Civil Local Rule 7-3(d)(2), Defendant Torrid LLC ("Torrid" or "Defendant") respectfully submits this Statement of Recent Decision in support of its Motion to Dismiss.

1. *Lawrence Schallert v. Orkin LLC,* No. 24STCV31244 (Cal. Super. Dec. 15, 2025), a true and correct copy is attached hereto as **Exhibit A**; and

2. *Emily Rodriguez v. Ink America International Group LLC*, No. 25STCV15350, 2025 WL 4034985 (Cal. Super. Dec. 10, 2025), a true and correct copy is attached hereto as **Exhibit B**.

/ / /

/ / /

Dated: February 19, 2026

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By */s/ Wynter L. Deagle*

WYNTER L. DEAGLE
SAMUEL Z. HYAMS-MILLARD

Attorneys for Defendant
Torrid LLC