SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
WYNTER L. DEAGLE, Cal Bar No. 296501
wdeagle@sheppardmullin.com
ANNE-MARIE D. DAO, Cal Bar No. 282632
adao@sheppard.com
TERESA R. MORIN, Cal Bar No. 351874
tmorin@sheppardmullin.com
12275 El Camino Real, Suite 100
San Diego, California 92130-4092
Telephone: 858.720.8900
Facsimile: 858.509.3691

SAMUEL Z. HYAMS-MILLARD, Cal Bar No. 317941
shyams-millard@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415.434.9100
Facsimile: 415.434.3947

Attorneys for Defendant TORRID LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| SONNI ECHEVERRIA-CORZAN, an individual, on behalf of herself, the general public, and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TORRID LLC,<br><br>Defendant. | Case No. 3:25-cv-06926-JD<br><br>**DEFENDANT TORRID LLC'S ANSWER TO PLAINTIFF'S CLASS ACTION COMPLAINT**<br><br>Judge: Hon. James Donato<br><br>Trial Date: March 13, 2028<br><br>**JURY TRIAL DEMANDED** |

Defendant Torrid, LLC ("Defendant") hereby answers the Class Action Complaint ("Complaint") of Plaintiff Sonnie Echeverria-Corzan ("Plaintiff") (ECF No. 1) and submits affirmative defenses as follows. All allegations not expressly admitted or responded to by Defendant are denied.

**INTRODUCTION**[1]

1. Defendant admits that Plaintiff purports to bring this lawsuit as a class action. Defendant further admits that a popup cookie consent banner is displayed on its website, which is located at the URL www.Torrid.com (the "Website"), and further admits the popup includes a button to allow Website visitors to "Reject All" cookies. Defendant denies the remaining allegations of Paragraph 1, including that there was any privacy violation or breach of consumer trust in violation of California law.

2. Defendant admits that it utilizes certain software/code/cookies obtained from third parties on its Website. Defendant denies the remaining allegations of Paragraph 2.

3. Defendant denies the allegations of Paragraph 3 of the Complaint.

4. Defendant denies the allegations of Paragraph 4 of the Complaint.

5. Defendant lacks knowledge or information sufficient to form a belief about the truth or falsity of what Website visitors "sought to avoid" as alleged in Paragraph 5, and therefore denies the same. Defendant denies that it has made any false statements or violated any state statutes or tort duties. To the extent a further response is required, all of the remaining allegations of Paragraph 5 of the Complaint are denied.

**THE PARTIES**

6. Defendant lacks knowledge or information sufficient to form a belief about the truth or falsity of the allegations set forth in Paragraph 6 of the Complaint, and therefore denies the same.

/ / /

[1] For ease of review, Defendant utilizes the same headings as Plaintiff. Defendant's use of Plaintiff's headings in no way constitute an admission of Plaintiff's allegations therein.

7. Defendant admits that it is a Delaware limited liability company. Defendant denies the remaining allegations of Paragraph 7 to the extent they are inaccurate or incomplete.

## JURISDICTION AND VENUE

8. Paragraph 8 of the Complaint constitutes a legal conclusion or argument and does not require a response.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief about the truth or falsity of the allegations contained in Paragraph 8 of the Complaint.

9. Paragraph 9 of the Complaint constitutes a legal conclusion or argument and does not require a response. To the extent a response is required, denied.

10. Paragraph 10 of the Complaint constitutes a legal conclusion or argument and does not require a response. To the extent a response is required, denied.

11. Paragraph 11 of the Complaint constitutes a legal conclusion or argument and does not require a response. To the extent a response is required, denied.

## SUBSTANTIVE ALLEGATIONS

### A. Defendant Programmed the Website to Include Third-Party Resources that Utilize Cookie Trackers.

12. Defendant lacks knowledge or information sufficient to form a belief about the truth or falsity of the allegations set forth in Paragraph 12 of the Complaint to the extent such allegations pertain to "every website," and therefore denies the same.

13. Defendant admits that Paragraph 13 includes one way in which to describe an "IP address" but denies that this description is complete and/or the only way in which to describe an "IP address." To the extent a further response is required, all of the remaining allegations of Paragraph 13 of the Complaint are denied.

14. Defendant denies the allegations of Paragraph 14 of the Complaint.

15. Defendant admits that it uses certain resources provided by third parties on certain portions of the Website, including software/code/cookies, and that some such use(s) are subject to and governed by agreements between Defendant and third parties. Defendant denies the remaining allegations of Paragraph 15.

16. Defendant admits that it uses certain cookies provided by third parties on certain portions of the Website. Defendant lacks knowledge or information sufficient to form a belief about the truth or falsity of the remaining allegations set forth in Paragraph 16 of the Complaint, and therefore denies the same. To the extent a further response is required, denied.

17. Defendant admits that Paragraph 17 includes one way in which to describe "first-party cookies" but denies that this description is complete and/or the only way in which to describe "first-party cookies." To the extent a further response is required, all of the remaining allegations of Paragraph 17 of the Complaint are denied.

18. Defendant admits that Paragraph 18 includes one way in which to describe "third-party cookies" but denies that this description is complete and/or the only way in which to describe "third-party cookies." To the extent a further response is required, all of the remaining allegations of Paragraph 18 of the Complaint are denied.

19. Defendant admits that a variety of cookies exist, which can be used for different purposes. Defendant denies Plaintiff's characterization of the purpose and use of third-party cookies. Defendant lacks knowledge or information sufficient to form a belief about the truth or falsity of the remaining allegations set forth in Paragraph 19 of the Complaint, and therefore denies the same.

20. Defendant admits that Paragraph 20 includes one way in which to describe "third-party cookies" but denies that this description is complete and/or the only way in which to describe "third-party cookies." Defendant lacks knowledge or information sufficient to form a belief about the truth or falsity of the remaining allegations set forth in Paragraph 20 of the Complaint, and therefore denies the same.

21. Defendant admits that it owns and operates retail stores in the United States that sell women's clothing. Defendant further admits the Website offers information about its products and allows visitors to purchase products. Defendant also admits that it collects certain necessary and/or authorized information about Website users when they interact with the Website. Defendant denies the remaining allegations in Paragraph 21.

/ / /

22. Defendant admits that it utilizes third-party software/code/cookies on certain portions of the Website. Defendant denies the remaining allegations of Paragraph 22.

23. Defendant admits that the Website includes a Cookies and Advertising Policy. Defendant responds that the information contained in the cited Cookies and Advertising Policy speaks for itself. To the extent the allegations in Paragraph 23 attempt to interpret the information, Defendant denies any such interpretation. To the extent a further response is required, all of the remaining allegations of Paragraph 23 of the Complaint are denied.

24. Defendant admits that the Website includes a Privacy Policy. Defendant responds that the information contained in the cited Privacy Policy speaks for itself. To the extent the allegations in Paragraph 24 attempt to interpret the information, Defendant denies any such interpretation. To the extent a further response is required, all of the remaining allegations of Paragraph 24 of the Complaint are denied.

**B. <u>Defendant Falsely Informed Users That They Could "Reject All" Cookies in Use on the Website</u>.**

25. Defendant admits that when users of the Website currently visit it, a popup cookie consent banner appears. Defendant further responds that the information contained in the cited popup cookie consent banner and Privacy Policy speak for themselves. To the extent the allegations in Paragraph 25 attempt to interpret the information, Defendant denies any such interpretation. To the extent a further response is required, all of the remaining allegations of Paragraph 25 of the Complaint are denied.

26. Defendant admits that the Website users may click or select options on its popup cookie consent banner and, depending on those selections, the popup cookie consent banner might disappear. Defendant denies the remaining allegations of Paragraph 26.

27. Defendant lacks knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 27, and therefore denies the same.

28. Defendant denies the allegations in Paragraph 28 of the Complaint.

29. Defendant denies the allegations in Paragraph 29 of the Complaint.

/ / /

30. Defendant admits that specialized tools exist that show information about a website visitor's interactions with that website. Defendant lacks knowledge or information sufficient to form a belief about the truth or falsity of the remaining allegations set forth in Paragraph 30 of the Complaint, and therefore denies the same.

31. Defendant lacks knowledge or information sufficient to form a belief about the truth or falsity of the allegations set forth in Paragraph 31 of the Complaint, and therefore denies the same.

32. Defendant denies the allegations in Paragraph 32 of the Complaint.

33. Defendant denies the allegations in Paragraph 33 of the Complaint.

34. Defendant denies the allegations in Paragraph 34 of the Complaint.

**C. The Private Communications Collected As a Result of Third Party Cookies Transmitted When Visiting Defendant's Website.**

**1. Google Cookies**

35. Defendant admits that it utilizes certain software/code/cookies provided by Google on the Website. Defendant responds that the information contained at the cited links speaks for itself. To the extent the allegations in Paragraph 35 attempt to interpret the information, Defendant denies any such interpretation. To the extent a further response is required, all of the remaining allegations of Paragraph 35 of the Complaint are denied.

36. Defendant responds that the information contained at the cited link for Google speaks for itself. To the extent the allegations in Paragraph 36 attempt to interpret the information, Defendant denies any such interpretation. Defendant further lacks knowledge or information sufficient to form a belief about the truth or falsity of the remaining allegations set forth in Paragraph 36—including because the cited links do not appear to provide the information alleged—and therefore denies the same. To the extent a further response is required, all of the remaining allegations of Paragraph 36 of the Complaint are denied.

37. Defendant responds that the information contained at the cited link for Google speaks for itself. To the extent the allegations in Paragraph 37 attempt to interpret the information, Defendant denies any such interpretation. Defendant further lacks knowledge or information

sufficient to form a belief about the truth or falsity of the remaining allegations set forth in Paragraph 37—including because the cited links do not appear to provide the information alleged—and therefore denies the same. To the extent a further response is required, all of the remaining allegations of Paragraph 37 of the Complaint are denied.

38. Defendant lacks knowledge or information sufficient to form a belief about the truth or falsity of the remaining allegations set forth in Paragraph 38—including because the cited links do not appear to provide the information alleged—and therefore denies the same. To the extent a further response is required, all of the remaining allegations of Paragraph 38 of the Complaint are denied.

39. Defendant responds that the information contained at the cited link for Google speaks for itself. To the extent the allegations in Paragraph 39 attempt to interpret the information, Defendant denies any such interpretation. To the extent a further response is required, all of the remaining allegations of Paragraph 39 of the Complaint are denied.

40. Defendant admits that it uses third-party software/code/cookies on certain portions of the Website. Defendant denies the remaining allegations of Paragraph 40.

41. Defendant lacks knowledge or information sufficient to form a belief about the truth or falsity of the allegations set forth in Paragraph 41 of the Complaint, and therefore denies the same.

42. Defendant admits that it uses third-party software/code/cookies on certain portions of the Website. Defendant denies the remaining allegations of Paragraph 42.

43. Defendant lacks knowledge or information sufficient to form a belief about the truth or falsity of the allegations set forth in Paragraph 43 of the Complaint, and therefore denies the same.

44. Defendant admits that it uses third-party software/code/cookies on certain portions of the Website. Defendant denies the remaining allegations of Paragraph 44.

45. Defendant lacks knowledge or information sufficient to form a belief about the truth or falsity of the allegations set forth in Paragraph 45 of the Complaint, and therefore denies the same.

46. Defendant responds that the information contained at the cited link for Google's website speaks for itself. To the extent the allegations in Paragraph 46 attempt to interpret the information, Defendant denies any such interpretation. Defendant lacks knowledge or information sufficient to form a belief about the truth or falsity of the remaining allegations set forth in Paragraph 46 of the Complaint, and therefore denies the same. To the extent a further response is required, all of the remaining allegations of Paragraph 46 of the Complaint are denied.

47. Defendant responds that the information contained at the cited link for Google's website speaks for itself. To the extent the allegations in Paragraph 47 attempt to interpret the information, Defendant denies any such interpretation. To the extent a further response is required, denied.

**2. Facebook Cookies**

48. Defendant admits that it utilizes certain software/code/cookies provided by Meta (Facebook) on the Website. Defendant responds that the information contained at the cited links speaks for itself. To the extent the allegations in Paragraph 48 attempt to interpret the information, Defendant denies any such interpretation. To the extent a further response is required, all of the remaining allegations of Paragraph 48 of the Complaint are denied.

49. Defendant responds that the information contained at the cited link for Facebook speaks for itself. To the extent the allegations in Paragraph 49 attempt to interpret the information, Defendant denies any such interpretation. To the extent a further response is required, all of the remaining allegations of Paragraph 49 of the Complaint are denied.

50. Defendant admits that it uses third-party software/code/cookies on certain portions of the Website. Defendant responds that the information contained at the cited links speaks for itself. To the extent the allegations in Paragraph 50 attempt to interpret the information, Defendant denies any such interpretation. Defendant further lacks knowledge or information sufficient to form a belief about the truth or falsity of the remaining allegations set forth in Paragraph 50—including because the cited links do not appear to provide the information alleged—and therefore denies the same. To the extent a further response is required, all of the remaining allegations of Paragraph 50 of the Complaint are denied.

51. Defendant responds that the information contained at the cited link for Facebook speaks for itself. To the extent the allegations in Paragraph 51 attempt to interpret the information, Defendant denies any such interpretation. Defendant further lacks knowledge or information sufficient to form a belief about the truth or falsity of the remaining allegations set forth in Paragraph 51—including because the cited links do not appear to provide the information alleged—and therefore denies the same. To the extent a further response is required, all of the remaining allegations of Paragraph 51 of the Complaint are denied.

52. Defendant responds that the information contained at the cited link for Facebook speaks for itself. To the extent the allegations in Paragraph 52 attempt to interpret the information, Defendant denies any such interpretation. Defendant further lacks knowledge or information sufficient to form a belief about the truth or falsity of the remaining allegations set forth in Paragraph 52—including because the cited links do not appear to provide the information alleged—and therefore denies the same. To the extent a further response is required, all of the remaining allegations of Paragraph 52 of the Complaint are denied.

53. Defendant admits that it uses third-party software/code/cookies on certain portions of the Website. Defendant responds that the information contained at the cited links speaks for itself. To the extent the allegations in Paragraph 53 attempt to interpret the information, Defendant denies any such interpretation. Defendant further lacks knowledge or information sufficient to form a belief about the truth or falsity of the remaining allegations set forth in Paragraph 53—including because the cited links do not appear to provide the information alleged—and therefore denies the same. To the extent a further response is required, all of the remaining allegations of Paragraph 53 of the Complaint are denied.

54. Defendant admits that it uses third-party software/code/cookies on certain portions of the Website. Defendant denies the remaining allegations of Paragraph 54.

**3. TikTok Cookies**

55. Defendant admits that it utilizes certain software/code/cookies provided by TikTok on the Website. Defendant responds that the information contained at the cited links speaks for itself. To the extent the allegations in Paragraph 55 attempt to interpret the information, Defendant

denies any such interpretation. To the extent a further response is required, all of the remaining allegations of Paragraph 55 of the Complaint are denied.

56. Defendant responds that the information contained in the cited portion of TikTok's website speaks for itself. To the extent the allegations in Paragraph 56 attempt to interpret the information, Defendant denies any such interpretation. To the extent a further response is required, all of the remaining allegations of Paragraph 56 of the Complaint are denied.

57. Defendant responds that the information contained in the cited portion of TikTok's website speaks for itself. To the extent the allegations in Paragraph 57 attempt to interpret the information, Defendant denies any such interpretation. To the extent a further response is required, all of the remaining allegations of Paragraph 57 of the Complaint are denied.

58. Defendant responds that the information contained at the cited links speaks for itself. To the extent the allegations in Paragraph 58 attempt to interpret the information, Defendant denies any such interpretation. Defendant further lacks knowledge or information sufficient to form a belief about the truth or falsity of the remaining allegations set forth in Paragraph 58—including because the cited links do not appear to provide the information alleged—and therefore denies the same. To the extent a further response is required, all of the remaining allegations of Paragraph 58 of the Complaint are denied.

59. Defendant responds that the information contained at the cited link speaks for itself. To the extent the allegations in Paragraph 59 attempt to interpret the information, Defendant denies any such interpretation. To the extent a further response is required, all of the remaining allegations of Paragraph 59 of the Complaint are denied.

60. Defendant responds that the information contained at the cited links speaks for itself. To the extent the allegations in Paragraph 60 attempt to interpret the information, Defendant denies any such interpretation. Defendant further lacks knowledge or information sufficient to form a belief about the truth or falsity of the remaining allegations set forth in Paragraph 60—including because the cited links do not appear to provide the information alleged—and therefore denies the same. To the extent a further response is required, all of the remaining allegations of Paragraph 60 of the Complaint are denied.

61. Defendant responds that the information contained at the cited links speaks for itself. To the extent the allegations in Paragraph 61 attempt to interpret the information, Defendant denies any such interpretation. Defendant further lacks knowledge or information sufficient to form a belief about the truth or falsity of the remaining allegations set forth in Paragraph 61—including because the cited links do not appear to provide the information alleged—and therefore denies the same. To the extent a further response is required, all of the remaining allegations of Paragraph 61 of the Complaint are denied.

62. Defendant responds that the information contained at the cited link speaks for itself. To the extent the allegations in Paragraph 62 attempt to interpret the information, Defendant denies any such interpretation. To the extent a further response is required, all of the remaining allegations of Paragraph 62 of the Complaint are denied.

63. Defendant admits that it uses third-party software/code/cookies on certain portions of the Website. Defendant denies the remaining allegations of Paragraph 63.

64. Defendant admits that it uses third-party software/code/cookies on certain portions of the Website. Defendant denies the remaining allegations of Paragraph 64.

65. Defendant lacks knowledge or information sufficient to form a belief about the truth or falsity of the allegations set forth in Paragraph 65 of the Complaint, and therefore denies the same.

**D. <u>The Private Communications Collected Are Valuable.</u>**

66. Defendant admits that it utilizes certain software/code/cookies provided by third parties on certain portions of the Website. Defendant denies the remaining allegations in Paragraph 66. To the extent a further response is required, all of the remaining allegations of Paragraph 66 of the Complaint are denied.

67. Defendant admits that it utilizes certain software/code/cookies on the Website, and that certain of those software/code/cookies provide information about Website visitors. Defendant further admits that the appropriate, proper, and approved use of these software/code/cookies is important to the operation of Defendant's Website and business. Defendant denies the remaining allegations in Paragraph 67.

68. Defendant admits that it utilizes certain software/code/cookies on the Website, and that certain of those software/code/cookies provide information about Website visitors. Defendant further admits that the appropriate, proper, and approved use of these software/code/cookies is important to the operation of Defendant's Website and business. Defendant denies the remaining allegations in Paragraph 68.

69. Defendant responds that the information contained in the cited link speaks for itself. To the extent the allegations in Paragraph 69 attempt to interpret the information, Defendant denies any such interpretation. To the extent a further response is required, all of the remaining allegations of Paragraph 69 of the Complaint are denied.

70. Defendant lacks knowledge or information sufficient to form a belief about the truth or falsity of the allegations set forth in Paragraph 70 of the Complaint, and therefore denies the same.

71. Defendant lacks knowledge or information sufficient to form a belief about the truth or falsity of the allegations set forth in Paragraph 71 of the Complaint, and therefore denies the same.

72. Defendant lacks knowledge or information sufficient to form a belief about the truth or falsity of the allegations set forth in Paragraph 72 of the Complaint, and therefore denies the same.

73. Defendant lacks knowledge or information sufficient to form a belief about the truth or falsity of the allegations set forth in Paragraph 73 of the Complaint, and therefore denies the same.

74. Defendant lacks knowledge or information sufficient to form a belief about the truth or falsity of the allegations set forth in Paragraph 74 of the Complaint, and therefore denies the same.

75. Defendant lacks knowledge or information sufficient to form a belief about the truth or falsity of the allegations set forth in Paragraph 75 of the Complaint, and therefore denies the same.

/ / /

76. Defendant lacks knowledge or information sufficient to form a belief about the truth or falsity of the allegations set forth in Paragraph 76 of the Complaint, and therefore denies the same.

77. Defendant lacks knowledge or information sufficient to form a belief about the truth or falsity of the allegations set forth in Paragraph 77 of the Complaint, and therefore denies the same.

78. Defendant lacks knowledge or information sufficient to form a belief about the truth or falsity of the allegations set forth in Paragraph 78 of the Complaint, and therefore denies the same.

79. Defendant responds that the cited case speaks for itself. To the extent the allegations in Paragraph 79 attempt to interpret the caselaw, Defendant denies any such interpretation. Defendant further lacks knowledge or information sufficient to form a belief about the truth or falsity of the remaining allegations set forth in Paragraph 79 of the Complaint, and therefore denies the same.

80. Defendant lacks knowledge or information sufficient to form a belief about the truth or falsity of the allegations set forth in Paragraph 80 of the Complaint, and therefore denies the same.

81. Defendant lacks knowledge or information sufficient to form a belief about the truth or falsity of the allegations set forth in Paragraph 81 of the Complaint, and therefore denies the same.

82. Defendant denies the allegations in Paragraph 82 of the Complaint.

**PLAINTIFF'S EXPERIENCES**

83. Defendant lacks knowledge or information sufficient to form a belief about the truth or falsity of the allegations set forth in Paragraph 83 of the Complaint, and therefore denies the same.

84. Defendant admits that when individuals currently visit the Website, they are presented with a popup cookie consent banner that includes a button labeled "Reject All." Defendant further responds that the information contained in this popup speaks for itself. As to the

remaining allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth or falsity of the allegations set forth in Paragraph 84 of the Complaint, and therefore denies the same.

85. As to the allegations regarding Plaintiff's browsing actions, Defendant lacks knowledge or information sufficient to form a belief about the truth or falsity of the allegations set forth in Paragraph 85 of the Complaint, and therefore denies the same. To the extent a further response is required, all of the remaining allegations of Paragraph 85 of the Complaint are denied.

86. As to the allegations regarding Plaintiff's browsing habits, Defendant lacks knowledge or information sufficient to form a belief about the truth or falsity of the allegations set forth in Paragraph 86 of the Complaint, and therefore denies the same. To the extent a further response is required, all of the remaining allegations of Paragraph 86 of the Complaint are denied.

87. As to the allegations regarding Plaintiff's past and preferred future browsing habits, Defendant lacks knowledge or information sufficient to form a belief about the truth or falsity of the allegations set forth in Paragraph 87 of the Complaint, and therefore denies the same. To the extent a further response is required, all of the remaining allegations of Paragraph 87 of the Complaint are denied.

88. Defendant denies the allegations in Paragraph 88 of the Complaint.

89. As to the allegations regarding Plaintiff's and proposed Class members' expectations, conduct, and beliefs, Defendant lacks knowledge or information sufficient to form a belief about the truth or falsity of the allegations set forth in Paragraph 89 of the Complaint, and therefore denies the same. To the extent a further response is required, all of the remaining allegations of Paragraph 89 of the Complaint are denied.

90. Defendant responds that the cited statute speaks for itself. To the extent the allegations in Paragraph 90 attempt to interpret the statute, Defendant denies any such interpretation. To the extent a further response is required, all of the remaining allegations of Paragraph 90 of the Complaint are denied.

/ / /

/ / /

## CLASS ALLEGATIONS

91. Defendant admits that Plaintiff purports to bring this lawsuit as a class action under Rule 23 of the Federal Rules of Civil Procedure, and that Plaintiff proposes the listed Class. Defendant denies that the listed "Class Period" is appropriate given the applicable statutes of limitations. To the extent a further response is required, Defendant lacks knowledge or information sufficient to form a belief about the truth or falsity of the allegations contained in Paragraph 91 of the Complaint.

92. Paragraph 92 of the Complaint constitutes a legal conclusion or argument and does not require a response. To the extent a response is required, denied.

93. Paragraph 93 of the Complaint constitutes a legal conclusion or argument and does not require a response. To the extent a response is required, denied.

94. Paragraph 94 of the Complaint constitutes a legal conclusion or argument and does not require a response. To the extent a response is required, denied.

95. Paragraph 95 of the Complaint constitutes a legal conclusion or argument and does not require a response. To the extent a response is required, denied.

96. Paragraph 96 of the Complaint constitutes a legal conclusion or argument and does not require a response. To the extent a response is required, denied.

97. Paragraph 97 of the Complaint constitutes a legal conclusion or argument and does not require a response. To the extent a response is required, denied.

98. Paragraph 98 of the Complaint constitutes a legal conclusion or argument and does not require a response. To the extent a response is required, denied.

## CAUSES OF ACTION

### First Cause of Action: Invasion of Privacy

99. Defendant restates and incorporates by reference its answers to paragraphs 1 through 98.

100. Paragraph 100 of the Complaint constitutes a legal conclusion or argument and does not require a response. To the extent a response is required, denied.

101. Defendant denies the allegations in Paragraph 101 of the Complaint.

102. As to the allegations regarding Plaintiff's and proposed Class members' expectations, conduct, and beliefs, Defendant lacks knowledge or information sufficient to form a belief about the truth or falsity of the allegations set forth in Paragraph 102 of the Complaint, and therefore denies the same. To the extent a further response is required, all of the remaining allegations of Paragraph 102 of the Complaint are denied.

103. Defendant responds that the cited statute speaks for itself. To the extent the allegations in Paragraph 103 attempt to interpret the statute, Defendant denies any such interpretation. To the extent a further response is required, all of the remaining allegations of Paragraph 103 of the Complaint are denied.

104. Defendant denies the allegations in Paragraph 104 of the Complaint.

105. Defendant denies the allegations in Paragraph 105 of the Complaint.

106. Defendant denies the allegations in Paragraph 106 of the Complaint.

107. Defendant denies the allegations in Paragraph 107 of the Complaint.

108. Defendant admits that Plaintiff and proposed Class members are seeking relief but denies they are entitled to the same. To the extent a further response is required, all of the remaining allegations of Paragraph 108 of the Complaint are denied.

109. Defendant admits that Plaintiff and proposed Class members are seeking relief but denies they are entitled to the same. To the extent a further response is required, all of the remaining allegations of Paragraph 109 of the Complaint are denied.

110. Defendant denies the allegations in Paragraph 110 of the Complaint.

**Second Cause of Action: Intrusion Upon Seclusion**

111. Defendant restates and incorporates by reference its answers to paragraphs 1 through 110.

112. Paragraph 112 of the Complaint constitutes a legal conclusion or argument and does not require a response. To the extent a response is required, denied.

113. Defendant denies the allegations in Paragraph 113 of the Complaint.

114. Defendant denies the allegations in Paragraph 114 of the Complaint.

115. Defendant denies the allegations in Paragraph 115 of the Complaint.

116. Defendant denies the allegations in Paragraph 116 of the Complaint.

117. Defendant denies the allegations in Paragraph 117 of the Complaint.

118. Defendant admits that Plaintiff and proposed Class members are seeking relief but denies they are entitled to the same. To the extent a further response is required, all of the remaining allegations of Paragraph 118 of the Complaint are denied.

119. Defendant admits that Plaintiff and proposed Class members are seeking relief but denies they are entitled to the same. To the extent a further response is required, all of the remaining allegations of Paragraph 119 of the Complaint are denied.

120. Defendant denies the allegations in Paragraph 120 of the Complaint.

**Third Cause of Action: Wiretapping in Violation of the California Invasion of Privacy Act (California Penal Code § 631)**

121. Defendant restates and incorporates by reference its answers to paragraphs 1 through 120.

122. Defendant responds that the statute speaks for itself. To the extent the allegations in Paragraph 122 attempt to interpret the statute, Defendant denies any such interpretation. To the extent a further response is required, all of the remaining allegations of Paragraph 122 of the Complaint are denied.

123. Defendant responds that the case cited speaks for itself. To the extent the allegations in Paragraph 123 attempt to interpret the caselaw, Defendant denies any such interpretation. To the extent a further response is required, all of the remaining allegations of Paragraph 123 of the Complaint are denied.

124. Defendant responds that the case cited speaks for itself. To the extent the allegations in Paragraph 124 attempt to interpret the caselaw, Defendant denies any such interpretation. To the extent a further response is required, all of the remaining allegations of Paragraph 124 of the Complaint are denied.

125. Paragraph 125 of the Complaint constitutes a legal conclusion or argument and does not require a response. Defendant further responds that the cited cases and statute speak for themselves. To the extent the allegations in Paragraph 125 attempt to interpret the information,

Defendant denies any such interpretation. To the extent a further response is required, all of the remaining allegations of Paragraph 125 of the Complaint are denied.

126. Paragraph 126 of the Complaint constitutes a legal conclusion or argument and does not require a response. Defendant further responds that the cited statute speaks for itself. To the extent the allegations in Paragraph 126 attempt to interpret the statute, Defendant denies any such interpretation. To the extent a further response is required, all of the remaining allegations of Paragraph 126 of the Complaint are denied.

127. Paragraph 127 of the Complaint constitutes a legal conclusion or argument and does not require a response. To the extent a response is required, denied.

128. Paragraph 128 of the Complaint constitutes a legal conclusion or argument and does not require a response. Defendant further responds that the cited cases speak for themselves. To the extent the allegations in Paragraph 128 attempt to interpret the caselaw, Defendant denies any such interpretation. To the extent a further response is required, all of the remaining allegations of Paragraph 128 of the Complaint are denied.

129. Paragraph 129 of the Complaint constitutes a legal conclusion or argument and does not require a response. Defendant further responds that the cited statute speaks for itself. To the extent the allegations in Paragraph 129 attempt to interpret the statute, Defendant denies any such interpretation. To the extent a further response is required, all of the remaining allegations of Paragraph 129 of the Complaint are denied.

130. Defendant responds that the cases cited speak for themselves. To the extent the allegations in Paragraph 130 attempt to interpret the caselaw, Defendant denies any such interpretation. To the extent a further response is required, all of the remaining allegations of Paragraph 130 of the Complaint are denied.

131. Defendant responds that the statute cited speaks for itself. To the extent the allegations in Paragraph 131 attempt to interpret the statute, Defendant denies any such interpretation. To the extent a further response is required, all of the remaining allegations of Paragraph 131 of the Complaint are denied.

132. Defendant denies the allegations in Paragraph 132 of the Complaint.

133. Defendant denies the allegations in Paragraph 133 of the Complaint.

134. Defendant denies the allegations in Paragraph 134 of the Complaint.

135. Defendant denies the allegations in Paragraph 135 of the Complaint.

136. Defendant denies the allegations in Paragraph 136 of the Complaint.

137. Defendant denies the allegations in Paragraph 137 of the Complaint.

138. Defendant admits that Plaintiff and proposed Class members are seeking relief but denies they are entitled to the same. To the extent a further response is required, all of the remaining allegations of Paragraph 138 of the Complaint are denied.

139. Defendant responds that the statute cited speaks for itself. To the extent the allegations in Paragraph 139 attempt to interpret the statute, Defendant denies any such interpretation. Furthermore, Paragraph 139 of the Complaint constitutes a legal conclusion or argument and does not require a response. To the extent a further response is required, all of the remaining allegations of Paragraph 139 of the Complaint are denied.

140. Defendant denies the allegations in Paragraph 140 of the Complaint.

**Fourth Cause of Action: Use of a Pen Register in Violation of the California Invasion of Privacy Act (California Penal Code § 638.51)**

141. Defendant restates and incorporates by reference its answers to paragraphs 1 through 140.

142. Defendant responds that the statute cited speaks for itself. To the extent the allegations in Paragraph 142 attempt to interpret the statute, Defendant denies any such interpretation. To the extent a further response is required, all of the remaining allegations of Paragraph 142 of the Complaint are denied.

143. Defendant responds that the statute cited speaks for itself. To the extent the allegations in Paragraph 143 attempt to interpret the statute, Defendant denies any such interpretation. To the extent a further response is required, all of the remaining allegations of Paragraph 143 of the Complaint are denied.

144. Defendant responds that the statute cited speaks for itself. To the extent the allegations in Paragraph 144 attempt to interpret the statute, Defendant denies any such

interpretation. To the extent a further response is required, all of the remaining allegations of Paragraph 144 of the Complaint are denied.

145. Paragraph 145 of the Complaint constitutes a legal conclusion or argument and does not require a response. Defendant further responds that the cited statute speaks for itself. To the extent the allegations in Paragraph 145 attempt to interpret the statute, Defendant denies any such interpretation. To the extent a further response is required, all of the remaining allegations of Paragraph 145 of the Complaint are denied.

146. Paragraph 146 of the Complaint constitutes a legal conclusion or argument and does not require a response. Defendant further responds that the cited cases speak for themselves. To the extent the allegations in Paragraph 146 attempt to interpret the caselaw, Defendant denies any such interpretation. To the extent a further response is required, all of the remaining allegations of Paragraph 146 of the Complaint are denied.

147. Paragraph 147 of the Complaint constitutes a legal conclusion or argument and does not require a response. Defendant further responds that the cited case speaks for itself. To the extent the allegations in Paragraph 147 attempt to interpret the caselaw, Defendant denies any such interpretation. To the extent a further response is required, all of the remaining allegations of Paragraph 147 of the Complaint are denied.

148. Defendant denies the allegations in Paragraph 148 of the Complaint.

149. Defendant denies the allegations in Paragraph 149 of the Complaint.

150. Defendant denies the allegations in Paragraph 150 of the Complaint.

151. Defendant responds that the statute cited speaks for itself. To the extent the allegations in Paragraph 151 attempt to interpret the statute, Defendant denies any such interpretation. Furthermore, Paragraph 151 of the Complaint constitutes a legal conclusion or argument and does not require a response. To the extent a further response is required, all of the remaining allegations of Paragraph 151 of the Complaint are denied.

**Fifth Cause of Action: Common Law Fraud, Deceit and/or Misrepresentation**

152. Defendant restates and incorporates by reference its answers to paragraphs 1 through 151.

153. Defendant denies the allegations in Paragraph 153 of the Complaint.

154. Defendant denies the allegations in Paragraph 154 of the Complaint.

155. Defendant denies the allegations in Paragraph 155 of the Complaint.

156. Defendant denies the allegations in Paragraph 156 of the Complaint.

157. Defendant denies the allegations in Paragraph 157 of the Complaint.

158. Defendant denies the allegations in Paragraph 158 of the Complaint.

159. Defendant denies the allegations in Paragraph 159 of the Complaint.

160. Defendant denies the allegations in Paragraph 160 of the Complaint.

161. Defendant denies the allegations in Paragraph 161 of the Complaint.

162. Defendant admits that Plaintiff and proposed Class members are seeking relief but denies they are entitled to the same. To the extent a further response is required, all of the remaining allegations of Paragraph 162 of the Complaint are denied.

163. Defendant denies the allegations in Paragraph 163 of the Complaint.

**Sixth Cause of Action: Unjust Enrichment**

164. Defendant restates and incorporates by reference its answers to paragraphs 1 through 163.

165. Defendant denies the allegations in Paragraph 165 of the Complaint.

166. Defendant denies the allegations in Paragraph 166 of the Complaint.

167. Defendant denies the allegations in Paragraph 167 of the Complaint.

168. Defendant denies the allegations in Paragraph 168 of the Complaint.

169. Defendant denies the allegations in Paragraph 169 of the Complaint.

170. Defendant denies the allegations in Paragraph 170 of the Complaint.

171. Defendant denies the allegations in Paragraph 171 of the Complaint.

172. Defendant admits that Plaintiff and proposed Class members are seeking relief but denies they are entitled to the same. To the extent a further response is required, all of the remaining allegations of Paragraph 172 of the Complaint are denied.

173. Paragraph 173 of the Complaint constitutes a legal conclusion or argument and does not require a response. To the extent a response is required, denied.

**Seventh Cause of Action: Trespass to Chattels**

174. Defendant restates and incorporates by reference its answers to paragraphs 1 through 173.

175. The allegations in paragraph 175 relate to claims dismissed from this case (ECF No. 35) to which no response is required. To the extent this paragraph requires a response, the allegations are denied.

176. The allegations in paragraph 176 relate to claims dismissed from this case (ECF No. 35) to which no response is required. To the extent this paragraph requires a response, the allegations are denied.

177. The allegations in paragraph 177 relate to claims dismissed from this case (ECF No. 35) to which no response is required. To the extent this paragraph requires a response, the allegations are denied.

178. The allegations in paragraph 178 relate to claims dismissed from this case (ECF No. 35) to which no response is required. To the extent this paragraph requires a response, the allegations are denied.

**PRAYER FOR RELIEF**

Defendant denies any allegation in Plaintiff's prayer for Relief and denies the Plaintiff is entitled to any requested relief.

**AFFIRMATIVE DEFENSES**

Further answering the Complaint, Defendant asserts the following affirmative defenses, undertaking the burden of proof only as to those defenses required by law, regardless of how such defenses are denominated here. Defendant asserts each of these affirmative defenses in the alternative, without admitting that Defendant is in any way liable to Plaintiff, that Plaintiff has been or will be injured or damaged in any way, or that Plaintiff is entitled to any relief whatsoever. Without assuming any burden that it would not otherwise bear under applicable law and rules, and specifically reserving its right to assert additional defenses as additional information or materials become available through discovery or otherwise, Defendant hereby asserts the following defenses:

**FIRST AFFIRMATIVE DEFENSE**

**(Standing/Jurisdiction)**

1. The Court lacks subject matter jurisdiction over the claims asserted in the Complaint because Plaintiff and/or the putative class has not suffered any injury or harm cognizable under Article III of the United States Constitution.

**SECOND AFFIRMATIVE DEFENSE**

**(Statute of Limitations)**

2. Plaintiff's claims for relief, and/or those of the putative class, are time-barred, in whole or in part, by the applicable statute of limitations.

**THIRD AFFIRMATIVE DEFENSE**

**(Laches)**

3. Plaintiff's claims for relief, and those of the putative class, are barred, in whole or in part, by the doctrine of laches.

**FOURTH AFFIRMATIVE DEFENSE**

**(Failure to State a Claim)**

4. The Complaint fails to state a claim upon which relief can be granted.

**FIFTH AFFIRMATIVE DEFENSE**

**(Lack of Reliance)**

5. Plaintiff and the putative class did not reasonably rely on any alleged misrepresentation or omissions and/or Plaintiff's and putative class's reliance was unreasonable.

**SIXTH AFFIRMATIVE DEFENSE**

**(Lack of Intent/Good Faith)**

6. Defendant acted in good faith and without intent to harm, deceive, or defraud Plaintiff and/or the putative class, or to engage in any known wrongful act or violation of law. If any violation occurred, it was in error, notwithstanding the maintenance of procedures reasonably adopted to avoid wrongful acts or violations of law.

/ / /

/ / /

**SEVENTH AFFIRMATIVE DEFENSE**

**(Estoppel)**

7. Plaintiff's claims for relief, and those of the putative class, are barred, in whole or in part, by the doctrine of estoppel.

**EIGHTH AFFIRMATIVE DEFENSE**

**(Waiver)**

8. Plaintiff's claims for relief, and those of the putative class, are barred, in whole or in part, by the doctrine of waiver.

**NINTH AFFIRMATIVE DEFENSE**

**(Consent)**

9. All of Plaintiff's claims and/or those of the putative class are barred because Plaintiff and/or members of the putative class consented to any alleged Third Party software/code/cookies used on the Website.

**TENTH AFFIRMATIVE DEFENSE**

**(Unclean Hands)**

10. Plaintiff's claims for relief, and/or those of the putative class, are barred, in whole or in part, by Plaintiff's own unclean hands.

**ELEVENTH AFFIRMATIVE DEFENSE**

**(No Damages)**

11. Plaintiff and the putative class did not suffer any damages and are not otherwise entitled to any monetary restitution because of any action taken by Defendant.

**TWELFTH AFFIRMATIVE DEFENSE**

**(Failure to Mitigate Damages)**

12. Plaintiff and the putative class's claims are barred, in whole or in part, to the extent Plaintiff and the putative class failed to take reasonable and necessary steps to mitigate or prevent the alleged harm, if any.

/ / /

/ / /

**<u>THIRTEENTH AFFIRMATIVE DEFENSE</u>**

**(Lack of Causation)**

13. Any damages that Plaintiff or the putative classes may have suffered were not directly or proximately caused, in whole or in part, by Defendant, and must be decreased to the extent the acts or omissions of Plaintiff, the putative classes, or any third party were the cause of those damages.

**<u>FOURTEENTH AFFIRMATIVE DEFENSE</u>**

**(No Entitlement to Relief)**

14. Plaintiff and/or the putative class are not entitled to be awarded the relief sought against Defendant.

**<u>FIFTEENTH AFFIRMATIVE DEFENSE</u>**

**(No Attorneys' Fees)**

15. Plaintiff and the putative class cannot state a claim for attorneys' fees.

**<u>SIXTEENTH AFFIRMATIVE DEFENSE</u>**

**(Award of Punitive Damages is Unconstitutional)**

16. To the extent that Plaintiff and/or the putative class seeks punitive or exemplary damages in the Complaint, they violate the rights of Defendant to protection from "excessive fines" as provided in the Eighth Amendment to the United States Constitution and in Article I, Section 17 of the Constitution of the State of California and violates the rights of Defendant to procedural and substantive due process under the Fifth and Fourteenth Amendment to the United States Constitution and under the Constitution of the State of California.

**<u>SEVENTEENTH AFFIRMATIVE DEFENSE</u>**

**(Assumption of Risk)**

17. Plaintiff's claims and/or those of the putative class are barred due to the assumption of risk.

/ / /

/ / /

/ / /

**EIGHTEENTH AFFIRMATIVE DEFENSE**

**(Fault of Plaintiff)**

18. Plaintiff, and the putative class, by their own conduct, caused or contributed to their damages, if any.

**NINETEENTH AFFIRMATIVE DEFENSE**

**(Contributory/Comparative Negligence)**

19. Any damages allegedly sustained by Plaintiff and/or the putative class were caused by Plaintiff's and/or the putative class's own culpable conduct.

**TWENTIETH AFFIRMATIVE DEFENSE**

**(No Class Action)**

20. Class treatment is inappropriate due to lack of commonality, typicality, numerosity, ascertainability and adequacy, predominance, and because a class action is not otherwise a superior method of adjudicating this dispute.

**TWENTY-FIRST AFFIRMATIVE DEFENSE**

**(Bonafide Error)**

21. The claims of Plaintiff and/or the putative class are barred, in whole or in part, because any violation of law was unintentional and resulted from a bona fide error notwithstanding the maintenance of procedures reasonably adopted to avoid any such error.

**TWENTY-SECOND AFFIRMATIVE DEFENSE**

**(Additional Defenses)**

22. Defendant reserves the right to plead further defenses pending discovery, if any, and to assert all other defenses which are available under the Federal Rules of Civil Procedure and all applicable statutes and laws.

**DEMAND FOR JURY TRIAL**

Pursuant to Federal Rule of Civil Procedure 38, Defendant respectfully demands a trial by jury on all issues so triable in this action.

/ / /

/ / /

**RESERVATION OF RIGHT TO AMEND ANSWER**

Defendant hereby gives notice that it intends to rely on such other and further defenses as may become available during discovery in this action and reserves the right to amend its Answer to assert any such defenses.

**PRAYER FOR RELIEF**

WHEREFORE, Defendant prays for judgment and relief as follows:

1. That Plaintiff and the putative classes are not afforded any relief and take nothing by this action;

2. That a judgment of dismissal with prejudice be entered in favor of Defendant and against Plaintiff and the putative classes;

3. That Defendant be awarded its costs of suit; and

4. That Defendant be awarded such other and further relief that the Court deems just, equitable, and proper.

Dated: March 11, 2026

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By *\/s/ Wynter L. Deagle*

WYNTER L. DEAGLE
ANNE-MARIE D. DAO
TERESA R. MORIN
SAMUEL Z. HYAMS-MILLARD
Attorneys for TORRID LLC